

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 6, 2017

**<u>BY ECF</u>**

The Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    <u>United States</u> v. <u>Luis Diaz, Jr., et al.</u>,17 Cr. 077 (WHP)

Dear Judge Pauley:

The Government respectfully submits this letter in advance of the testimony of Lieutenant Matthew de la Rosa to advise the Court of the Government's anticipated objections to certain defense exhibits should the defendants seek to offer them (or elicit testimony about their contents) during the Government's case in chief.  Through Lieutenant de La Rosa, the Government intends to offer a number of documents, including emails sent to or from the defendants, which were recovered from the defendants' offices during the execution of a search. The Government intends to offer these principally statements of, or adopted by, a party opponent or of a coconspirator in furtherance of the conspiracy.  *See* Fed. R. Evid. 801(d)(2).

The same exception to general prohibition on hearsay, of course, is not available to the defendants who have not yet indicated whether they intend to testify (or provided an exhibit list) but who opened extensively on a counter-narrative of certain of the relevant facts, while indicating that the jury would "see" documents ostensibly supportive of this counter-narrative. *E.g.*, (Tr. at 49)("Now, that relationship with KCT, you'll see, is one of Miami Equipment being sort of an agent . . . ."); (*id.*at 42) ("They service these purchase orders on behalf of KCT . . . you're going to see [they] pay this engineer that has something to do with these projects.  That's what they do. . . .  It's payment for work. It's not transferring money.")

The Government will therefore object should the defendants seek, through cross examination of Government witnesses, to elicit information about the contents of their own emails or to offer their own documents.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney for the
Southern District of New York

By:         /s/                    

Edward B. Diskant
Daniel M. Tracer
Benet J. Kearney
Assistant United States Attorneys
(212) 637-2294/2329/2260

Cc (by ECF):  All Counsel of Record

2